# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| Sammantha Frost,<br><br>   *Plaintiff*<br><br>v.<br><br>Trans Union, LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, Credit Acceptance Corporation, Contract Callers, Inc., and Credit Management, LP,<br><br>   *Defendants.* | Case No.   3:23CV-182-RGJ |

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1.    Experian, Trans Union, LLC ("Trans Union"), Equifax Information Services, LLC ("Equifax"), Credit Acceptance Corporation, Contract Callers, Inc., and Credit Management, LP are named Defendants in Case No. 23-CI-00402, filed on or about March 13, 2023 by Plaintiff Sammantha Frost ("Plaintiff") in the Circuit Court of Hardin County, Kentucky (the "State Court Action").

2.    Defendant Experian was served with Plaintiff's Complaint on or about March 17, 2023. Defendants Trans Union, Equifax, Credit Acceptance Corporation, Contract Callers, Inc., and Credit Management, LP were served with Plaintiff's Complaint on or about March 17.

3.    This Notice is filed with this Court within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

4. This Court is the proper district court for removal because the State Court Action is pending within this district, and Plaintiff's Complaint alleges that Plaintiff resides within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

6. The claims for relief against Defendants alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* ("FCRA") and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA"). Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to the United States District Court pursuant to 28 U.S.C. § 1441(a).

7. As of the date of this Notice, all named Defendants have been served with the Summons and Complaint in the State Court Action and consent to removing the above-captioned action to this Court. Trans Union's, Equifax's, Credit Acceptance Corporation's, Contract Callers, Inc.'s, and Credit Management, LP's Consents to Removal are attached hereto as Exhibits B, C, D, E, and F, respectively.

8. Promptly after the filing of this Notice of Removal, Experian shall give written notice of the removal to Plaintiff through his attorney of record in the State Court Action and shall file a copy of this Notice with the Clerk of the Circuit Court of Hardin, Kentucky as required by 28 U.S.C. § 1446(d).

WHEREFORE, Experian requests that the above-described action be removed to this Court.

Dated: April 14, 2023                               Respectfully submitted,

*/s/ Christopher P. Farris*
Christopher P. Farris (Ky. Bar No. 96248)
BILLINGS LAW FIRM, PLLC
145 Constitution Street
Lexington, KY 40507-2112
Telephone:  (859) 225-5240
Facsimile:  (859) 225-5241
Email: cpfarris@blfky.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Hard copies of this document will be mailed, U.S. First Class Mail, postage prepaid as follows:

Zachary L. Taylor, Esq.
905 Baxter Avenue
Louisville, KY 40204
*Counsel for Plaintiff*
*Via U.S. Mail*

*/s/ Christopher P. Farris, Esq.*
*Counsel for Defendant Experian Information Solutions, Inc.*
