UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SAMMANTHA FROST                                                                                       Plaintiff

v.                                                                              Civil Action No. 3:23Cv-182-RGJ

EXPERIAN INFORMATION SOLUTIONS,                                                                    Defendants
INC., ET AL.

* * * * *

## ORDER

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 44], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

January 8, 2024

Rebecca Grady Jennings, District Judge
United States District Court

Copies to: Counsel of Record