# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Louisville Division

| | | |
|---|---|---|
| Samantha Frost, | ) | |
|     *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-182-RGJ-RSE |
| | ) | |
| Trans Union, LLC, | ) | |
|  *et al.* | ) | |
|     *Defendants* | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Samantha Frost and Defendant Experian Information Solutions, Inc. hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees. This stipulation does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Dated: February 6, 2024.                    Respectfully submitted,

*/s/ Christopher P. Farris*
Christopher P. Farris (Ky. Bar No. 96248)
Billings Law Firm, PLLC
145 Constitution Street
Lexington, KY 40507-2112
Telephone: (859) 225-5240
Facsimile: (859) 225-5241
Email: cpfarris@blfky.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

/s/Zachary L. Taylor with permission
Zachary L. Taylor
Winton & Hiestand Law Group
905 Baxter Avenue
Louisville, Kentucky 40204
(502) 822-2500
zlt@louisvillelawoffice.com
*Counsel for Plaintiff, Samantha Frost*

### CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, a copy of the foregoing was filed using the

CM/ECF system, which will effectuate service on all counsel of record.

/s/ Christopher P. Farris
Christopher P. Farris
*Counsel for Experian Information Solutions, Inc.*