# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Samantha Frost,<br>    *Plaintiff* | )<br>)<br>) |
| v. | )    Case No. 3:23-cv-182-RGJ-RSE |
| Trans Union, LLC, *et al.*<br>    *Defendants* | )<br>)<br>)<br>)<br>) |

## ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Samantha Frost and Defendant Experian Information Solutions, Inc., having jointly stipulated that this case be dismissed with prejudice as to all claims against Experian Information Solutions, Inc. as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Samantha Frost's claims against Defendant Experian Information Solutions, Inc. in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees. This Order does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

SO ORDERED, this _____ day of _____, 2024.    (February 8, 2024)

Rebecca Grady Jennings, District Judge
United States District Court